DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WING KEI HO** and **KAREN C. YEH HO,**
Appellants,

v.

**TRUIST BANK,**
Appellee.

No. 4D2022-2798

[April 18, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 502017CA002390.

Wing Kei Ho and Karen C. Yeh Ho, Boynton Beach, pro se.

Arthur S. Barksdale IV of Alvarez, Winthrop, Thompson & Smoak, P.A., Orlando, for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and KLINGENSMITH, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***